UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LA MIRAGE HOMEOWNERS ASSOCIATION INC., | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:18-cv-283 |
| COLONY INSURANCE COMPANY; and AXIS SURPLUS INSURANCE COMPANY, | § § § § § | |
| Defendants. | § § § § | |

## DEFENDANTS' NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendants Colony Insurance Company and AXIS Surplus Insurance Company hereby remove the action styled and numbered, *La Mirage Homeowners Association, Inc., v. Colony Insurance Company and AXIS Surplus Insurance Company*, 2018CCV-61343-2, currently pending in the County Court at Law No. 2 in Nueces County, Texas to the United States District Court for the Southern District of Texas, Corpus Christi Division. For the reasons set forth below, removal of the state court action is proper under 28 U.S.C. §§ 1332, 1441, and 1446.

### I.   THE REMOVED ACTION

1.   On July 27, 2018, La Mirage Homeowners Association, Inc., ("Plaintiff") filed its Original Petition in Cause No. 2018CCV-61313-2 against Colony Insurance Company ("Colony"), and AXIS Surplus Insurance Company ("AXIS"). Colony and AXIS shall be referred to herein collectively as "Defendants."

## II.     NOTICE OF REMOVAL IS TIMELY

2.     Plaintiff served Defendants with citation and summons for the state court suit on the same day, August 10, 2018, via the Texas Commissioner of Insurance. Defendants filed their Original Answer and Affirmative Defenses on September 4, 2018.

3.     Plaintiff's Original Petition alleges causes of action against Defendants for breach of contract, violations of the Texas Insurance Code, violations of the Texas Deceptive Trade Practices Act, and breach of the duty of good faith and fair dealing.[1] Additionally, Plaintiff alleges that one or more of the violations of Chapter 541 of the Texas Insurance Code was committed "knowingly."

4.     No further pleadings have been filed, and no proceedings have yet occurred in the Nueces County action. Defendants, therefore, timely file this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

## III.     VENUE IS PROPER

5.     Venue is proper in the United States District Court for the Southern District of Texas, Corpus Christi Division, under 28 U.S.C. §§ 124(a)(5) and 1441(a) because this district and division embrace the place in which the removed action has been pending.

## IV.     BASIS FOR REMOVAL JURISDICTION

6.     Removal of this action is proper under 28 U.S.C. § 1441 because it is a civil action brought in a state court and the federal courts have original jurisdiction over the subject matter pursuant to 28 U.S.C. § 1332.

7.     Specifically, removal is proper because there is now, and was at the time this action was filed, complete diversity of citizenship between Plaintiff and Defendants, and because the amount in controversy exceeds $75,000 excluding interest, costs and attorneys' fees.

---

[1]   *See* Plaintiff's Original Petition, attached as **_Exhibit B_**.

Plaintiff's Original Petition alleges damages over $1,000,000.00.[2]  Therefore, it is facially apparent that Plaintiff's claim exceeds the amount required to support federal jurisdiction.

### V.     DIVERSITY OF CITIZENSHIP EXISTS

8. Diversity of citizenship exists when a suit is between citizens of different states or citizens of a state and citizens of a foreign state. 18 U.S.C. § 1332(a)(1)-(2).

9. Plaintiff is a Texas corporation with its principal place of business in Nueces County, Texas, and is thus a resident and citizen of Texas for purposes of diversity of citizenship.[3]

10. Plaintiff incorrectly alleges that Colony is a citizen of Texas.[4] However, Colony is a Virginia corporation with its principal place of business at 8720 Stony Point Parkway, Suite 400, Richmond, Virginia 23235-1989.[5] Colony is therefore a citizen of Virginia for purposes of diversity of citizenship.

11. AXIS is an Illinois corporation with its principal place of business located at 11680 Great Oaks Way, Suite 500, Alpharetta, Georgia 30022-2460. AXIS is therefore a citizen of Illinois and Georgia for purposes of diversity of citizenship.

12. Accordingly, now, and at the time the action was filed, there is complete diversity of citizenship between Plaintiff and Defendants.

### VI.     COMPLIANCE WITH 28 U.S.C. §1446

13. In accordance with 28 U.S.C. 1446(a) and Local Rule 81.1, Defendants file this Notice of Removal accompanied by the following exhibits:

- All executed process in this case, attached as ***Exhibit A***;

---

[2] See ***Exhibit B***, pp. 4-5.

[3] See ***Exhibit B,*** p. 1.

[4] See ***Exhibit B,*** p. 3.

[5] See Defendants' Original Answer and Affirmative Defenses, attached as ***Exhibit C,*** p. 2.

- Plaintiff's Original Petition, attached as ***Exhibit B***;

- Defendants' Original Answer and Affirmative Defenses, attached as ***Exhibit C***;

- State Court Docket Sheet, attached as ***Exhibit D***;

- An index of matters being filed, attached as ***Exhibit E;***

- List of all counsel of record, attached as ***Exhibit F***;

- State Court Civil Case Cover Sheet, attached as ***Exhibit G***; and

- Defendants' Rule 7.1 Corporate Disclosure Statement, attached as ***Exhibit H.***

## VII.   JURY DEMAND

14.   Plaintiff demanded a jury trial in the state court action.

## VIII.   CONCLUSION

15.   Defendants will promptly file a copy of this Notice of Removal with the clerk of the state court where the action is pending. Therefore, Defendants hereby provide notice that this action is duly removed.

Respectfully submitted,

**ZELLE LLP**

By: __/s/ *G. Brian Odom*__
G. Brian Odom
Attorney-In-Charge
Texas Bar No. 50511840
Southern District Bar No. 24591
bodom@zelle.com
Michael C. Upshaw
Texas Bar No. 24099142
Southern District Bar No. 3173824
mupshaw@zelle.com

901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone:  214-742-3000
Facsimile:  214-760-8994

**ATTORNEYS FOR DEFENDANTS COLONY INSURANCE COMPANY AND AXIS SURPLUS INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that, on September 7, 2018, a true and correct copy of the foregoing was served on all counsel of record in accordance with the Federal Rules of Civil Procedure as follows:

**VIA ELECTRONIC FILING**
William J. Chriss
State Bar No. 04222100
wjchrisspc@gmail.com
Kathryn Snapka
State Bar No. 18781200
ksnapka@snapkalaw.com
**THE SNAPKA LAW FIRM** 606 N. Carancahua, Suite 1511
Corpus Christi, Texas 78403
Telephone: 361-888-7676
Facsimile: 361-884-8545
*Attorneys for Plaintiff*

        /s/ *G. Brian Odom*
        G. Brian Odom