UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LA MIRAGE HOMEOWNERS ASSOCIATION INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:18CV283 |
| COLONY INSURANCE COMPANY; and AXIS SURPLUS INSURANCE COMPANY, | § § § § § | |
| Defendants. | § § § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff LA MIRAGE HOMEOWNERS ASSOCIATION, INC. and Defendants COLONY INSURANCE COMPANY and AXIS SURPLUS INSURANCE COMPANY hereby advise the court that they have settled this matter by written agreement and hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorney fees, expert fees, related expenses, and costs.

Dated: April 17, 2019.

Respectfully submitted,

*/s/ William Chriss*
William J. Chriss
Attorney-In-Charge
State Bar No. 04222100
wjchrisspc@gmail.com

1

Kathryn Snapka
State Bar No. 18781200
ksnapka@snapkalaw.com

**THE SNAPKA LAW FIRM**
606 N. Carancahua, Suite 1511
Corpus Christi, Texas 78403
Telephone: 361-888-7676
Facsimile: 361-884-8545

*Attorneys for La Mirage Homeowners Association, Inc.*


 /s/ Brian Odom
G. Brian Odom
Attorney-In-Charge
Texas Bar No. 50511840
bodom@zelle.com

Michael C. Upshaw
Texas Bar No. 24099142
mupshaw@zelle.com

**ZELLE, LLP**
901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone:  214-742-3000
Facsimile:  214-760-8994

*Attorneys for Defendants Colony Insurance Company and AXIS Surplus Insurance Company*

2

4810-3882-9706v2