Case 2:18-cv-00283   Document 14   Filed on 04/17/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LA MIRAGE HOMEOWNERS ASSOCIATION, INC., | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-283 |
| | § | |
| COLONY INSURANCE COMPANY, *et al*, | § § § | |
| | § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal with Prejudice (D.E. 13), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 17th day of April, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE